PATENT

# U.S. District Court [LIVE]
# Western District of Texas (Waco)
# CIVIL DOCKET FOR CASE #: 6:20–cv–01110–ADA

DynaEnergetics Europe GmbH et al v. Yellow Jacket Oil Tools, LLC
Assigned to: Judge Alan D Albright
Cause: 35:271 Patent Infringement

Date Filed: 12/04/2020
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**DynaEnergetics Europe GmbH**     represented by     **Barry J. Herman**
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
410–545–5830
Fax: 410–769–1530
Email: barry.herman@wbd–us.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason M. Rockman**
Moyles IP, LLC
One Enterprise Drive, Suite 428
Shelton, CT 06484
(203) 428–4420
Fax: (866) 250–1636
Email: jrockman@moylesip.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julie C. Giardina**
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
410–545–5802
Fax: 443–769–1502
Email: julie.giardina@wbd–us.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa J. Moyles**
Moyles IP, LLC
One Enterprise Drive, Suite 428
Shelton, CT 06484
(203) 428–4420
Fax: (866) 250–1636
Email: lmoyles@moylesip.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Preston H. Heard**
Womble Bond Dickinson (US) LLP
271 17th Street, Nw, Suite 2400
Atlanta, GA 30363
(404) 888–7366
Fax: (404) 879–2966
Email: preston.heard@wbd–us.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Nguyen**
Womble Bond Dickinson (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
(410) 545–5873
Fax: (410) 694–0873
Email: stephanie.nguyen@wbd–us.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Craft**
Findlay Craft, P.C.
102 N. College Ave.
Suite 900
Tyler, TX 75702
(903) 534–1100
Fax: 903/534–1137
Email: bcraft@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Eric H. Findlay**
Findlay Craft, P.C.
102 N. College Ave.
Suite 900
Tyler, TX 75702
(903) 534–1100
Fax: (903) 534–1137
Email: efindlay@findlaycraft.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**DynaEnergetics US, Inc.**                represented by   **Barry J. Herman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jason M. Rockman**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Julie C. Giardina**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lisa J. Moyles**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Preston H. Heard**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephanie Nguyen**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Craft**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Eric H. Findlay**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Yellow Jacket Oil Tools, LLC**
*TERMINATED: 08/05/2021*

represented by **Amir H. Alavi**
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
2500 One Houston Center
1221 McKinney Street
Houston, TX 77010
(713) 655−1101
Fax: 713/655−0062
Email: aalavi@azalaw.com
*TERMINATED: 08/05/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd W. Mensing**
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
1221 McKinney

Suite 2500
Houston, TX 77010
(713) 655–1101
Email: tmensing@azalaw.com
*TERMINATED: 08/05/2021*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetrios Anaipakos**
Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing P.C.
2500 One Houston Center
1221 McKinney Street
Houston, TX 77010
(713) 655–1101
Fax: (713) 655–0062
Email: danaipakos@azalaw.com
*TERMINATED: 08/05/2021*
*ATTORNEY TO BE NOTICED*

**Joshua S. Wyde**
Ahmad Zavitsanos Anaipakos Alavi Mensing P.C.
1221 McKinney St. Suite 2500
Houston, TX 77010
(713) 600–4923
Fax: 713–655–0062
Email: jwyde@azalaw.com
*TERMINATED: 08/05/2021*
*ATTORNEY TO BE NOTICED*

**Louis Liao**
Ahmad Zavitsanos Anaipakos Alavi & Mensing PC
1221 McKinney Street Suite 2500
Houston, TX 77010
713–655–1101
Fax: 713–655–0062
Email: lliao@azalaw.com
*TERMINATED: 08/05/2021*
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
Ahmad Zavitsanos Anaipakos Alavi & Mensing PC
1221 McKinney Street
Suite 2500
Houston, TX 77010
713–655–1101
Fax: 713–655–0062
Email: mkillingsworth@azalaw.com
*TERMINATED: 08/05/2021*
*ATTORNEY TO BE NOTICED*

**Michael McBride**

Ahmad Zavitsanos Anaipakos Alavi & Mensing, PC
1221 McKinney, Suite 2500
Houston, TX 77010
713−600−4962
Fax: 713−655−0062
Email: mmcbride@azalaw.com
*TERMINATED: 08/05/2021*
*ATTORNEY TO BE NOTICED*

**Steven T. Jugle**
Ahmad Zavitsanos Anaipakos Alavi & Mensing PC
1221 McKinney Street Suite 2500
Houston, TX 77010
713−655−1101
Fax: 713−655−0062
Email: sjugle@azalaw.com
*TERMINATED: 08/05/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**G&H Diversified Manufacturing, LP**          represented by   **Amir H. Alavi**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Todd W. Mensing**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Demetrios Anaipakos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua S. Wyde**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Liao**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael A. Killingsworth**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Steven T. Jugle**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2020 | Ï 5 | Standing Order Regarding Notice of Readiness v2.1. Signed by Judge Alan D Albright. (lad) (Entered: 12/04/2020) |
| 12/04/2020 | Ï 1 | COMPLAINT *FOR PATENT INFRINGEMENT* ( Filing fee $ 402 receipt number 0542–14251292), filed by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Civil Cover Sheet)(Findlay, Eric) (Entered: 12/04/2020) |
| 12/04/2020 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Main Document 2 replaced on 12/4/2020) (lad). (Entered: 12/04/2020) |
| 12/04/2020 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Findlay, Eric) (Main Document 3 replaced on 12/4/2020) (lad). (Entered: 12/04/2020) |
| 12/04/2020 | Ï 4 | RULE 7 DISCLOSURE STATEMENT filed by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 12/04/2020) |
| 12/04/2020 | Ï | Case assigned to Judge Alan D Albright. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (lad) (Entered: 12/04/2020) |
| 12/10/2020 | Ï 6 | Summons Issued as to Yellow Jacket Oil Tools, LLC. (lad) (Entered: 12/10/2020) |
| 12/11/2020 | Ï 7 | SUMMONS Returned Executed by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. Yellow Jacket Oil Tools, LLC served on 12/10/2020, answer due 12/31/2020. (Findlay, Eric) (Entered: 12/11/2020) |
| 12/29/2020 | Ï 8 | Unopposed MOTION for Extension of Time to File Answer by Yellow Jacket Oil Tools, LLC. (Attachments: # 1 Proposed Order)(Alavi, Amir) (Entered: 12/29/2020) |
| 12/30/2020 | Ï | Text Order GRANTING 8 Motion for Extension of Time to Answer entered by Judge Alan D Albright. BEFORE THE COURT is the Unopposed Motion to Extend Time to Answer Plaintiffs Complaint for Patent Infringement (Dkt. 1), filed by Defendant Yellow Jacket Oil Tools, LLC. After due consideration, the Court finds the motion should be GRANTED. It is therefore ORDERED that the deadline for Defendant to move, answer, or otherwise respond to Plaintiffs Complaint for Patent Infringement (Dkt. 1) is extended to January 29, 2021. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ep4) (Entered: 12/30/2020) |
| 12/30/2020 | Ï | Reset Deadlines: Yellow Jacket Oil Tools, LLC answer due 1/29/2021. (bw) (Entered: 12/30/2020) |
| 01/04/2021 | Ï 9 | Unopposed MOTION to Appear Pro Hac Vice by Eric H. Findlay *for Barry J. Herman* ( Filing fee $ 100 receipt number 0542–14335087) by on behalf of DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 01/04/2021) |
| 01/04/2021 | Ï 10 | Unopposed MOTION to Appear Pro Hac Vice by Eric H. Findlay *for Preston H. Heard* ( Filing fee $ 100 receipt number 0542–14335097) by on behalf of DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 01/04/2021) |
| 01/04/2021 | Ï 11 | Unopposed MOTION to Appear Pro Hac Vice by Eric H. Findlay *for Lisa J. Moyles* ( Filing fee $ 100 receipt number 0542–14335111) by on behalf of DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 01/04/2021) |

| | | |
|---|---|---|
| 01/04/2021 | Ï 12 | Unopposed MOTION to Appear Pro Hac Vice by Eric H. Findlay *for Jason M. Rockman* ( Filing fee $ 100 receipt number 0542–14335120) by on behalf of DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 01/04/2021) |
| 01/04/2021 | Ï 13 | Unopposed MOTION to Appear Pro Hac Vice by Eric H. Findlay *for Julie C. Giardina* ( Filing fee $ 100 receipt number 0542–14335137) by on behalf of DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 01/04/2021) |
| 01/04/2021 | Ï 14 | Unopposed MOTION to Appear Pro Hac Vice by Eric H. Findlay *for Stephanie Nguyen* ( Filing fee $ 100 receipt number 0542–14335148) by on behalf of DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 01/04/2021) |
| 01/06/2021 | Ï 15 | Pro Hac Vice Letter for Michael McBride. (bw) (Entered: 01/07/2021) |
| 01/25/2021 | Ï | Text Order GRANTING 9 Motion to Appear Pro Hac Vice for Attorney Barry J. Herman for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 01/25/2021) |
| 01/25/2021 | Ï | Text Order GRANTING 10 Motion to Appear Pro Hac Vice for Attorney Preston H. Heard for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 01/25/2021) |
| 01/25/2021 | Ï | Text Order GRANTING 11 Motion to Appear Pro Hac Vice for Attorney Lisa J. Moyles for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT–I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 01/25/2021) |
| 01/25/2021 | Ï | Text Order GRANTING 12 Motion to Appear Pro Hac Vice for Attorney Jason M. Rockman for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in |

| | | |
|---|---|---|
| | | compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 01/25/2021) |
| 01/25/2021 | Ï | Text Order GRANTING 13 Motion to Appear Pro Hac Vice for Attorney Julie C. Giardina for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 01/25/2021) |
| 01/25/2021 | Ï | Text Order GRANTING 14 Motion to Appear Pro Hac Vice for Attorney Stephanie Nguyen for DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. Before the Court is the Motion for Admission Pro Hac Vice. The Court, having reviewed the Motion, finds it should be GRANTED and therefore orders as follows: IT IS ORDERED the Motion for Admission Pro Hac Vice is GRANTED. IT IS FURTHER ORDERED that Applicant, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court, in compliance with Local Rule AT−I (f)(2). Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order entered by Judge Alan D Albright. (This is a text−only entry generated by the court. There is no document associated with this entry.) (mm6) (Entered: 01/25/2021) |
| 01/29/2021 | Ï 16 | MOTION to Dismiss *Plaintiffs' Claims* by Yellow Jacket Oil Tools, LLC. (Attachments: # 1 Exhibit 1 − Declaration of John Kaiser, # 2 Exhibit 2 − Certificate of Formation and Amendments, # 3 Exhibit 3 − INV 119725, # 4 Exhibit 4 − History of Yellow Jacket Oil Tools, # 5 Exhibit 5 − ICANN Lookup for YJOT website, # 6 Exhibit 6 − Trademark−YellowJacketRegistration, # 7 Exhibit 7 − Lease Agreement_Odessa, # 8 Exhibit 8 − Fifth Amendment to Lease Agreement, # 9 Exhibit 9 − Check, # 10 Proposed Order)(Alavi, Amir) (Entered: 01/29/2021) |
| 02/12/2021 | Ï 17 | AMENDED COMPLAINT *FOR PATENT INFRINGEMENT* against Yellow Jacket Oil Tools, LLC, G&H Diversified Manufacturing, LP amending, filed by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Findlay, Eric) (Entered: 02/12/2021) |
| 02/12/2021 | Ï 20 | Standing Order Regarding Filing Documents Under Seal and Redacted Pleadings in Patent Cases. Signed by Judge Alan D Albright. as of 2/12/2021. (bot1) (Entered: 02/24/2021) |
| 02/17/2021 | Ï 18 | REQUEST FOR ISSUANCE OF SUMMONS by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Main Document 18 replaced on 2/17/2021) (lad). (Entered: 02/17/2021) |
| 02/17/2021 | Ï 19 | Summons Issued as to G&H Diversified Manufacturing, LP. (lad) (Entered: 02/17/2021) |
| 03/01/2021 | Ï 21 | SUMMONS Returned Executed by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. G&H Diversified Manufacturing, LP served on 2/26/2021, answer due 3/19/2021. (Findlay, Eric) (Entered: 03/01/2021) |
| 03/04/2021 | Ï 22 | Unopposed MOTION for Extension of Time to File Answer re 17 Amended Complaint, by G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC. (Attachments: # 1 Proposed |

| | | |
|---|---|---|
| | | Order)(Alavi, Amir) (Entered: 03/04/2021) |
| 03/05/2021 | Ï 23 | Pro Hac Vice Letter to G&H Diversified Manufacturing, LP and Yellow Jacket Oil Tools, LLC. (am) (Entered: 03/05/2021) |
| 03/05/2021 | Ï | Text Order GRANTING 22 Motion for Extension of Time to Answer entered by Judge Alan D Albright. BEFORE THE COURT is the Unopposed Motion to Extend Time to Answer or Otherwise Respond to Plaintiffs First Amended Complaint and Demand for Jury Trial (ECF No. 17), filed by Yellow Jacket Oil Tools, LLC and G&H Diversified Manufacturing, LP (collectively Defendants). After due consideration, the Court finds the motion should be GRANTED. It is therefore ORDERED that the deadline for Defendants to move, answer, or otherwise respond to Plaintiffs First Amended Complaint and Demand for Jury Trial (ECF No. 17) is March 19, 2021. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ep4) (Entered: 03/05/2021) |
| 03/05/2021 | Ï | Reset Deadlines: Yellow Jacket Oil Tools, LLC and G&H DiversifiedManufacturing, LP answer due 3/19/2021. (lad) (Entered: 03/05/2021) |
| 03/19/2021 | Ï 24 | MOTION to Dismiss *Plaintiffs' Claims or Alternately Transfer to the Southern District of Texas* by G&H Diversified Manufacturing, LP. (Attachments: # 1 Exhibit A – Declaration of S Jugle, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23)(Alavi, Amir) (Entered: 03/19/2021) |
| 03/25/2021 | Ï 25 | STATUS REPORT *Case Readiness Status Report* by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 03/25/2021) |
| 04/02/2021 | Ï 26 | RESPONSE to Motion, filed by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc., re 24 MOTION to Dismiss *Plaintiffs' Claims or Alternately Transfer to the Southern District of Texas* filed by Defendant G&H Diversified Manufacturing, LP (Attachments: # 1 Proposed Order, # 2 Declaration of Stephanie Nguyen, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Exhibit D, # 7 Exhibit E, # 8 Exhibit F, # 9 Exhibit G, # 10 Exhibit H, # 11 Exhibit I, # 12 Exhibit J, # 13 Exhibit K)(Findlay, Eric) (Entered: 04/02/2021) |
| 04/09/2021 | Ï 27 | NOTICE of Attorney Appearance by Amir H. Alavi on behalf of G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC (Alavi, Amir) (Entered: 04/09/2021) |
| 04/09/2021 | Ï 28 | NOTICE of Attorney Appearance by Michael McBride on behalf of G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC. Attorney Michael McBride added to party G&H Diversified Manufacturing, LP(pty:dft), Attorney Michael McBride added to party Yellow Jacket Oil Tools, LLC(pty:dft) (McBride, Michael) (Entered: 04/09/2021) |
| 04/09/2021 | Ï 29 | NOTICE of Attorney Appearance by Todd W. Mensing on behalf of G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC (Mensing, Todd) (Entered: 04/09/2021) |
| 04/09/2021 | Ï 30 | RULE 7 DISCLOSURE STATEMENT filed by G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC. (Alavi, Amir) (Entered: 04/09/2021) |
| 04/09/2021 | Ï 31 | REPLY to Response to Motion, filed by G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC, re 24 MOTION to Dismiss *Plaintiffs' Claims or Alternately Transfer to the Southern District of Texas* filed by Defendant G&H Diversified Manufacturing, LP (Attachments: # 1 Declaration, # 2 Exhibit A)(Alavi, Amir) (Entered: 04/09/2021) |
| 04/09/2021 | Ï 32 | NOTICE of Attorney Appearance by Joshua S. Wyde on behalf of G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC (Wyde, Joshua) (Entered: 04/09/2021) |
| 05/19/2021 | Ï 33 | |

| | | |
|---|---|---|
| | | NOTICE of Attorney Appearance by Demetrios Anaipakos on behalf of G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC. Attorney Demetrios Anaipakos added to party G&H Diversified Manufacturing, LP(pty:dft), Attorney Demetrios Anaipakos added to party Yellow Jacket Oil Tools, LLC(pty:dft) (Anaipakos, Demetrios) (Entered: 05/19/2021) |
| 05/19/2021 | 34 | NOTICE of Attorney Appearance by Louis Liao on behalf of G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC. Attorney Louis Liao added to party G&H Diversified Manufacturing, LP(pty:dft), Attorney Louis Liao added to party Yellow Jacket Oil Tools, LLC(pty:dft) (Liao, Louis) (Entered: 05/19/2021) |
| 05/24/2021 | 35 | NOTICE of Attorney Appearance by Michael A. Killingsworth on behalf of G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC. Attorney Michael A. Killingsworth added to party G&H Diversified Manufacturing, LP(pty:dft), Attorney Michael A. Killingsworth added to party Yellow Jacket Oil Tools, LLC(pty:dft) (Killingsworth, Michael) (Entered: 05/24/2021) |
| 06/16/2021 | 36 | Standing Order regarding Scheduling Order. Signed by Judge Alan D Albright. (Entered: 06/17/2021) |
| 07/22/2021 | 37 | NOTICE of Attorney Appearance by Steven T. Jugle on behalf of G&H Diversified Manufacturing, LP, Yellow Jacket Oil Tools, LLC. Attorney Steven T. Jugle added to party G&H Diversified Manufacturing, LP(pty:dft), Attorney Steven T. Jugle added to party Yellow Jacket Oil Tools, LLC(pty:dft) (Jugle, Steven) (Entered: 07/22/2021) |
| 07/26/2021 | 38 | Proposed Scheduling Order by DynaEnergetics Europe GmbH, DynaEnergetics US, Inc.. (Findlay, Eric) (Entered: 07/26/2021) |
| 07/27/2021 | 39 | Pro Hac Vice Letter for Colin Phillips. (ir) (Entered: 07/27/2021) |
| 07/27/2021 | 40 | Pro Hac Vice Letter for Lauren Baker. (ir) (Entered: 07/27/2021) |
| 08/05/2021 | 41 | ORDER GRANTING IN PART AND DENYING IN PART 24 Motion to Dismiss and DENYING 16 Motion to Dismiss. Signed by Judge Alan D Albright. (ir) (Entered: 08/06/2021) |