# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | |
|---|---|
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC., <br><br> Plaintiffs, <br><br> v. <br><br> YELLOW JACKET OIL TOOLS, LLC., <br><br> Defendant. | Civil Action No: 3:21-cv-00240 |

## AGREED ORDER STAYING CASE

Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc. ("DynaEnergetics") and Defendant Yellow Jacket Oil Tools, LLC ("Yellow Jacket") have agreed to stay the above-referenced matter. The Court finds good cause to stay the matter as provided for in this order.

It is, therefore, **ORDERED** that the above-referenced matter is hereby **STAYED** and all deadlines vacated pending the Federal Circuit resolving the Petition for Writ of Mandamus to the Court of Appeals for the Federal Circuit from Judge Albright's ruling on Yellow Jacket and G&H's motion to dismiss or transfer in *DynaEnergetics v. Yellow Jacket*, Case No. 6:20-cv-01110-ADA (W.D. Tex.), Dkt. 41.

SO ORDERED and SIGNED this ___ day of _____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
ANDREW M. EDISON

***AGREED AS TO FORM AND SUBSTANCE***

| WOMBLE BOND DICKINSON (US) LLP | AHMAD, ZAVITSANOS, ANAIPAKOS, ALAVI & MENSING, P.C. |
|---|---|
| By: */s/ Barry J. Herman [DRAFT]*<br>Barry J. Herman (*pro hac vice*)<br>Maryland Federal Bar No. 26061<br>100 Light St, 26th Floor<br>Baltimore, MD  21202<br>Telephone: (410) 545-5830<br>Email: Barry.Herman@wbd-us.com | By: */s/ Amir Alavi signed w/permission*<br>Amir Alavi<br>State Bar No. 00793239<br>Southern District Federal ID No. 20910<br>1221 McKinney Street, Suite 2500<br>Houston, Texas 77010<br>(713) 655-1101<br>(713) 655-0062<br>aalavi@azalaw.com |
| *Attorney-in-Charge for Plaintiffs DynaEnergetics Europe GmbH and DynaEnergetics US, Inc.* | *Attorney-in-Charge for Defendant Yellow Jacket Oil Tools, LLC* |