United States District Court
Southern District of Texas
**ENTERED**
October 06, 2021
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| DYNAENERGETICS EUROPE GMBH and DYNAENERGETICS US, INC. <br> *Plaintiffs,* <br><br> v. <br><br> YELLOW JACKET OIL TOOLS, LLC <br> *Defendant.* | § § § § § § § § § § | Civil Action No. 3:20-CV-376 <br><br> Jury Trial Demanded |

## ORDER

Based on the agreement of counsel, the Court makes the following rulings:

It is **ORDERED** that the following cases are consolidated for all purposes: *G&H Diversified Manufacturing, LP v. DynaEnergetics Europe GmbH* (Case No. 3:20-cv-00376) and *DynaEnergetics Europe GmbH v. Yellow Jacket Oil Tools, LLC* (Case No. 3:21-cv-00240). The style of the consolidated case shall remain No. 3:20-cv-00376; *G&H Diversified Manufacturing, LP v. DynaEnergetics Europe GmbH*.

It is further **ORDERED** that the stay granted in this case (Dkt. 70) is lifted.

It is further **ORDERED** that all claims between DynaEnergetics Europe GmbH and DynaEnergetics US, Inc., on one side, and G&H Diversified Manufacturing, LP, on the other side, are severed, and transferred to the Western District of Texas for consolidation with the action pending before Judge Alan Albright in *DynaEnergetics Europe GmbH et al. v. G&H Diversified Manufacturing, LP*, No. 6:20-cv-1110-ADA (W.D. Tex.)).

It is further **ORDERED** that the claims between DynaEnergetics Europe GmbH, DynaEnergetics US, Inc. and Yellow Jacket Oil Tools, LLC remain pending in this consolidated case.

Signed this 5th day of October, 2021.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE